FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.: CR 11-00485-DUTY |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| v. | ) | |
| CHRISTIAN FELIPE RENTERIA, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this district pursuant to a "no bail" warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

1  based on his failure to proffer any evidence to meet his burden
2  on this issue;
3  and
4  B.  (X)  The defendant has not met his burden of establishing by
5  clear and convincing evidence that he is not likely to pose a
6  danger to the safety of any other person or the community if
7  released under 18 U.S.C. § 3142(b) or (c). This finding is
8  based on his failure to proffer any evidence to meet his burden
9  on this issue.
10 IT THEREFORE IS ORDERED that the defendant be detained pending
11 the further revocation proceedings.

DATED: March 8, 2011

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2